IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GARY LAVON COOPER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv469-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Gary Lavon Cooper's petition for writ of habeas corpus (doc. no. 1) is granted.

(2) The sentence (doc. no. 56) entered in <u>United States v. Cooper</u>, 2:06cr239-01-MHT (M.D. Ala. December 28, 2007), is vacated.

(3) The clerk of court is to file this judgment, along with the companion opinion, in <u>United States v. Cooper</u>, 2:06cr239-01-MHT (M.D. Ala.).

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of July, 2016.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**